Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.: 2:22-cv-06455-DSF-GJS<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed:  September 9, 2022<br>Trial Date:          Not Set |

Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled. A Notice of Dismissal with Prejudice as to all of Plaintiff's claims will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 1, 2022                    Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: December 1, 2022                     */s/ Binyamin I. Manoucheri*
                                                                     Binyamin I. Manoucheri